UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MIGUEL CARDENAS-
HERNANDEZ,

        Petitioner,

    v.

WARDEN, FLORIDA SOFT SIDE
SOUTH,  ATTORNEY GENERAL
OF THE UNITED STATES,

        Respondents.

Case No. 2:26-cv-1764-KCD-NPM

            /

## **ORDER**

Petitioner Miguel Cardenas-Hernandez has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) He claims that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* at 7-8.) The Government responds in opposition. (Doc. 8.) This is Cardenas-Hernandez's second petition. The prior case was dismissed because it was filed within the presumptively reasonable six-month period set forth in *Zadvydas*. *See* Case No. 2:26-cv-426-KCD-NPM, 2026 WL 860573 (M.D. Fla. March 30, 2026). Because Cardenas-Hernandez's detention is still within the six-month window, the same result applies here. (*Id.*)

Cardenas-Hernandez states that he is raising new claims under the *Accardi* doctrine. (Doc. 1 at 6-7.) But the *Accardi* claim is simply a recycling of his procedural due process arguments considered (and rejected) in the Court's prior order. *See* 2026 WL 850573, at *3.

Accordingly, the habeas petition (Doc. 1) is **DENIED**. However, this denial is without prejudice to Hernandez refiling a new petition should his current detention exceed the six-month mark, and he can demonstrate there is no significant likelihood of removal in the reasonably foreseeable future. The Clerk is **DIRECTED** to terminate any pending motions and close the case.

**ORDERED** in Fort Myers, Florida on June 15, 2026.

Kyle C. Dudek
United States District Judge